# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KALVIN EDWARDS**
**ADC #129002**                                                           **PETITIONER**

v.                           No. 5:13-cv-36-DPM-JJV

**RAY HOBBS, Director, Arkansas**
**Department of Correction**                                              **RESPONDENT**

## ORDER

Magistrate Judge Joe J. Volpe's unopposed recommendation, № 11, is adopted. FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 February 2014