IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KALVIN EDWARDS
ADC #129002                                                                PETITIONER

v.                         No. 5:13-cv-36-DPM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction                                                   RESPONDENT

### ORDER

Magistrate Judge Joe J. Volpe's unopposed recommendation, № 11, is adopted. FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 February 2014