IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KALVIN EDWARDS
ADC #129002                                                            PETITIONER

v.                              No. 5:13-cv-36-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                               RESPONDENT

## JUDGMENT

Edwards's petition is dismissed without prejudice. No certificate of appealability will issue.

*D.P. Marshall Jr.*
United States District Judge

18 February 2014